Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 -6 PM 12:58
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

D & D Group Pty Ltd, an Australian corporation (See Attachment A)

vs

Nationwide Industries, Inc., a Florida corporation

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0236 WQH POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Fulwider Patton LLP
200 Oceangate, Suite 1550
Long Beach, California 90802

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/6/08
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## ATTACHMENT A – SUMMONS

(Plaintiffs cont.)
D & D Technologies Pty Ltd, an Australian corporation; and
D & D Technologies (USA), Inc., a California corporation

                 PLAINTIFFS

53296.1