```
 1  Gary M. Anderson (State Bar No. 97385)
    Michael J. Moffatt (State Bar No. 180,343)
 2  Jessica Brookhart-Knost (State Bar No. 246244)
    FULWIDER PATTON LLP
 3  200 Oceangate, Suite 1550
    Long Beach, California 90802
 4  Telephone: (562) 432-0453
    Facsimile: (562) 435-6014
 5  docketlb@fulpat.com

 6  Attorneys for D & D GROUP PTY LTD, D & D TECHNOLOGIES PTY LTD and
    D & D TECHNOLOGIES (USA), INC.
 7
```

FILED
08 FEB -6 PM 1:07
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & D GROUP PTY LTD, an Australian corporation, D & D TECHNOLOGIES PTY LTD, an Australian corporation and D & D TECHNOLOGIES (USA), INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Nationwide Industries., a Florida corporation<br><br>Defendant. | CASE NO. 08 CV 0236 WQH POR<br><br>CERTIFICATION AS TO INTERESTED PARTIES |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiffs D & D Group Pty Ltd, D & D Technologies Pty Ltd, and D & D Technologies (USA), Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate the possible disqualification or recusal.

//

//

| NAME OF PARTY | CONNECTION AND INTEREST |
|---|---|
| D & D GROUP PTY LTD | Plaintiff |
| D & D TECHNOLOGIES PTY LTD | Plaintiff |
| D & D TECHNOLOGIES (USA), INC. | Plaintiff |
| NATIONWIDE INDUSTRIES, INC. | Defendant |
| COUNTRYWIDE HARDWARE, INC. | Upon information and belief, Defendant's Parent corporation |
| P & F INDUSTRIES, INC. | Upon information and belief, Defendant's Parent corporation |

1. Plaintiff D & D Group Pty Ltd, an Australian corporation, has no parent company and no publicly held corporation owns 10% or more of its stock.

2. Plaintiff D & D Technologies Pty Ltd is a wholly owned subsidiary of Plaintiff D & D Group Pty Ltd.

3. Plaintiff D & D Technologies (USA), Inc. is a wholly owned subsidiary of Plaintiff D & D Technologies Pty Ltd.

Upon information and belief, there are no other persons, associations of persons, firms, partnerships, corporations, or insurance carriers that have a direct pecuniary interest in the outcome of the case.

DATED: 2/4/08

Respectfully submitted,

FULWIDER PATTON LLP

By: _____
Gary M. Anderson
Michael J. Moffatt
Jessica Brookhart-Knost
Attorneys for Plaintiffs