Gary M. Anderson (State Bar No. 97385)
Michael J. Moffatt (State Bar No. 180343)
Jessica Brookhart-Knost (State Bar No. 246244)
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & D GROUP PTY LTD, an Australian corporation, D & D TECHNOLOGIES PTY LTD, an Australian corporation and D & D TECHNOLOGIES (USA), INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Nationwide Industries, Inc., a Florida corporation,<br><br>Defendant. | CASE NO. 08CV-0236 WQH POR<br><br>Assigned to The Hon. William Q. Hayes<br>Magistrate Judge Louisa S. Porter<br>Courtroom: 4<br><br>**Notice of Change of Address** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

54847.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT FULWIDER PATTON LLP has changed

3  its address, phone numbers, email address and fax numbers as follows.

Fulwider Patton LLP
Howard Hughes Center
6060 Center Drive, 10th Floor
Los Angeles, CA 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696
Email: litdocketla.com

DATED: March 20, 2008          Respectfully submitted,

FULWIDER PATTON LLP


By: s/Gary M. Anderson
    Gary M. Anderson
    Michael J. Moffatt
    Jessica Brookhart-Knost
    Attorneys for Plaintiff

54847.1

2                                  Notice of Change of Address
                                   Case No. 08CV-0236 WQH POR