# EXHIBIT 1

**D&D TECHNOLOGIES USA, INC.**
7731 Woodwind Drive
Huntington Beach, CA 92647
T: 714 677 1300
F: 714 677 1600
E: info@ddtechusa.com
www.ddtechglobal.com



December 28, 2007

Dear G.M.:

With the fencing industry facing a challenging business environment, we are pleased to inform you that D&D Technologies has made a decision to support our customers by absorbing increases in raw materials, transportation and labor costs in order to maintain our 2007 prices, with no cost increase for 2008. The enclosed price list has been revised to include new products and information.

In addition to the highest quality, most innovative gate hardware available, D&D supports your business with value-added services & materials. Listed below are important additions that will help you improve sales and profits:

➢ **NEW interactive product training CD.** Knowledgeable sales and order desk personnel are critical to the success of any business. The enclosed Training CD contains everything you need to know about D&D products. Much of the information is in video format, including a tour of D&D facilities, product installation and advanced product testing & engineering processes. Product specifications, marketing videos and printable installation instructions are also included. Copying the CD to your employees' computer hard drives allows for quick and easy access to this important information, making your staff instant experts on D&D products.

➢ **Lokk-Latch® Deluxe** successfully replaced our old Lokk-Latch Pro® at a cost decrease of 10% this past year. Based on your valued feedback, we will be making this product even easier to install as outlined in the attached overview.

➢ **Bi-lingual English/Spanish help desk** is open 7 a.m. to 4 p.m. Pacific Time at (800) 716-0888, ext. 234. In addition to our normal customer service support hours of 7 a.m.-5 p.m. PST, we now offer Spanish speaking product assistance.

➢ **Beware of Polymer Pretenders!** When your reputation is on the line, quality products ensure repeat business, while reducing liability and the significant costs associated with defects and call-backs. D&D products have 17 years of proven reliability while "pretender" products have significant performance issues. The enclosed fact sheet listing critical "pretender" polymer failure points will prove interesting reading.

➢ **NEW Product Summary Literature (enclosed)** – perfect for upgrading the hardware sale to D&D with contractors or consumers or as a general reference tool for anyone. A full range of FREE D&D marketing materials to support your business is available on the enclosed order form.

On behalf of the entire D&D Technologies team, I would like to thank you for your continued support and wish you a very Happy New Year!

Best regards,

*Jim Paterson*
Jim Paterson
Senior Vice President, Sales & Marketing

Hi Performance Hardware!

EXHIBIT 1
PAGE 11

# EXHIBIT 2

**D&D TECHNOLOGIES** USA, INC.
7731 Woodwind Drive
Huntington Beach, CA 92647
T 714 677 1300
F 714 677 1299
E info@ddtechusa.com
www.ddtechglobal.com



## FACT: *ONLY* Magna-Latch has the proven features, dependability and quality you rely on to reduce liability and save lives!

Magna-Latch® and Tru-Close® hinges are the #1 Pool Safety Gate hardware combination in the world. Why? They are, without exception, the highest quality, most dependable safety gate hardware available. Considering what's at risk (children's lives and considerable liability to your business), it's easy to understand why Magna-Latch and Tru-Close hinges are the industry standard.

Some fencing suppliers are compromising safety and security with lesser quality substitutes. It's important to understand that there is a SIGNIFICANT difference in quality and dependability between Magna-Latch and inferior "pretender" copies.

### "Pretender" polymer products are NOT just like D&D.

➢ **D&D Magnets are sealed in a water-tight compartment,** creating a barrier from the elements. Pretender products lack D&D's water-tight seal, exposing the magnet to corrosion and possible failure.

➢ **Magna-Latch cannot be bumped, shaken or pried open.** Some "pretender latches" can be opened while in the locked position by simply applying pressure on the lift knob – a real danger around children.

➢ **Magna-Latch has been tested to 400,000 cycles** vs. some "pretender" latches with a stated rating of 50,000 cycles! Tru-Close hinges have been tested up to 200,000 cycles, while some "pretender" hinges we tested failed as low as 9,000 cycles.

➢ **Magna-Latch stainless steel adjustment screws last the life of the product,** while "pretender" plastic adjustment screws strip easily, eliminating any adjustment capability.

➢ **D&D's products are designed for water egress & dependable operation in all climates** – "Pretender" products lack or have very limited water egress, rendering them vulnerable to freezing and failure in cold climates.

➢ **Only D&D has the quality to offer a limited Lifetime Warranty.** Most pretender polymer manufacturers outsource much of their manufacturing and don't have direct control over quality processes, standards & materials. Many "pretender" products come with no written warranty. D&D products have <u>15 years of proven reliability!</u>

Considering what's at risk and the significant shortcomings of "pretender" products, does it make sense to trust anything less than D&D to protect lives and your company's liability? If **Magna-Latch & Tru-Close hinges are not being included in your pool gate kits, we encourage you to demand the best: D&D Technologies.**

Best regards,

*[signature]*

Jim Paterson
Senior Vice President, Sales & Marketing, D&D Technologies (USA) Inc.
Hi-Performance Hardware

EXHIBIT 2
PAGE 12

# EXHIBIT 3

# Summary

## The Protector



| Magna-Latch | The Protector |
|---|---|
| Air sealed magnet – Won't fail | Unprotected magnet can rust & fail |
| Latch cannot be opened when locked | Latch is easily opened when locked |
| NO Freezing – Works in ALL climates | Freezing probable – Water Egress |
| Cycles (Durability) 400,000+ | Fails as low as 4,053 cycles – Liability! |
| Up to 238% stronger | Structural weakness due to design |
| Latch engages even if locked | Will NOT latch if locked with gate open |
| ALL fence materials & applications | Metal only – wood or vinyl weak hold |
| Stainless steel adjustment screw | Polymer adjust screw strips easily |
| Keyed alike to assist first responders | Multiple key cuts impedes first responders |
| Instructions in multiple languages | English only instructions |
| Failure rate 1 in 4,500 | LIABILITY or ONE lost customer costs! |
| Limited LIFETIME WARRANTY | NO lifetime warranty |

EXHIBIT 3
PAGE 13

# EXHIBIT 4



# Summary Keystone Advantage

| Lokk-Latch | Keystone Advantage |
|---|---|
| 1 or 0 holes to drill through post | Must drill 2 holes through post |
| LLD: Includes fitting jig for accuracy | NO fitting jig makes install difficult |
| Drain holes in EAK – Won't freeze | NO drain hole in EAK – May fail |
| LL Deluxe: 6-pin locks are re-keyable to high security cylinders | 5-pin locks cannot be re-keyed to high security cylinders |
| Push rods won't corrode | Zinc push rods WILL corrode |
| Molded thumb knob & trigger | Thumb Knob glued on & NO trigger |
| Tested to over 200,000 cycles | Striker broke at 2 & 338 cycles |
| Up to 300% Stronger | Low glass content - Significantly weaker |
| Reliable latching action | Easily Jams open & closed = Liability |
| Reported return rate 1 in 1,000 & 15 years of proven reliability | How much will ONE lost customer cost? |
| **Limited LIFETIME WARRANTY** | **NO Lifetime Warranty** |

EXHIBIT 4
PAGE 14

# EXHIBIT 5



# Summary Cornerstone

| Tru-Close | Cornerstone |
|---|---|
| Self drilling screws reduces install time | Must pre-drill on ALL materials |
| No special tools required | Requires a specialized tool |
| Easy & SAFE to adjust tension | Difficult & dangerous to adjust tension |
| NO Freezing -- works in ALL climates | Freezing possible -- water egress |
| 240% Stronger | Significantly weaker = failures |
| First to market innovators | Probable patent infringement |
| Reported return rate 1 in 1,000 & 15 years of proven reliability | How much will ONE lost customer cost? |
| Limited LIFETIME WARRANTY | NO Lifetime Warranty |

EXHIBIT 5
PAGE 15