**D & D GROUP PTY LTD., ET AL. V. NATIONWIDE INDUSTRIES INC.**
**United States District Court Case No. 08 CV 0236 WQH (POR)**

### CERTIFICATE OF SERVICE

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **NATIONWIDE INDUSTRIES INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT; COUNTERCLAIMS**

as indicated/listed on the United States District Court, Southern District of California's CM/ECF registered email list in the above-referenced matter.

Gary M. Anderson, Esq.                      *Attorneys for Plaintiffs*
FULWIDER PATTON LLP
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Tel:  (310) 824-5555/Fax:  (310) 824-9696
ganderson@fulpat.com

Executed on **April 24, 2008,** in San Diego, California.


                                   s/James S. McNeill
                                   James S. McNeill

SD:22164805.1

- 1 -

08 CV 0236