Gary M. Anderson (State Bar No. 97385)
Michael J. Moffatt (State Bar No. 180343)
Jessica Brookhart-Knost (State Bar No. 246244)
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & D GROUP PTY LTD, an Australian corporation, D & D TECHNOLOGIES PTY LTD, an Australian corporation and D & D TECHNOLOGIES (USA), INC. a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> Nationwide Industries, Inc., a Florida corporation, <br><br> Defendant. <br> _____ <br> And Related Counterclaims | CASE NO. 08CV-0236 WQH POR <br><br> Assigned to The Hon. William Q. Hayes <br><br> Complaint Filed: February 6, 2008 <br><br> **Notice of Attorney Appearance of Jessica Brookhart-Knost** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Jessica Brookhart-Knost of Fulwider Patton LLP hereby enters her appearance on behalf of Plaintiff/Counterdefendant D&D Group Pty Ltd. et al., ("D&D"). In addition to existing counsel of record Gary M. Anderson, of Fulwider Patton LLP, please add Jessica Brookhart-Knost as an attorney to be noticed in this case with the following contact information:

1

2  **Jessica Brookhart-Knost, Esq.**
   **Fulwider Patton LLP**
3  **6060 Center Drive, Tenth Floor**
4  **Los Angeles, Ca 90045**
   **Email  jknost@fulpat.com**
5  **Tel (310) 824-5555**
6  **Fax (310) 824-9696**

7

8  DATED:                    Respectfully submitted,

9                            FULWIDER PATTON LLP

10

11

12                           By: /s/Jessica Brookhart-Knost
                                 Gary M. Anderson
13                               Michael J. Moffatt
                                 Jessica Brookhart-Knost
14                               Attorneys for Plaintiff

15

16
   56785.1
17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I certify that on **May 21, 2008**, the foregoing **NOTICE OF ATTORNEY APPEARANCE OF JESSICA BROOKHART-KNOST** was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant(s) e-mail address(es) denoted on the attached Electronic Mail Notice List. For Parties who are not Filing Users, I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s), if any, indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 21, 2008**.

_____
Carrie Rose

# Mailing Information for a Case 3:08-cv-00236-WQH-POR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gary M Anderson**
  ganderson@fulpat.com,LitDocketLA@fulpat.com

- **George R. McGuire**
  gmcguire@bsk.com,jcalaprico@bsk.com

- **James Sullivan McNeill**
  jmcneill@mckennalong.com,lvaldez@mckennalong.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David L. Nocilly
Bond, Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY 13202-1355
```