1 | Gary M. Anderson (State Bar No. 97385)
  | Michael J. Moffatt (State Bar No. 180343)
2 | Jessica Brookhart-Knost (State Bar No. 246244)
  | FULWIDER PATTON LLP
3 | Howard Hughes Center
  | 6060 Center Drive, Tenth Floor
4 | Los Angeles, California 90045
  | Telephone: (310) 824-5555
5 | Facsimile: (310) 824-9696

6 | Attorneys for Plaintiff

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | D & D GROUP PTY LTD, an Australian corporation, D & D TECHNOLOGIES PTY LTD, an Australian corporation and D & D TECHNOLOGIES (USA), INC. a California corporation,

    | CASE NO. 08CV-0236 WQH POR

    | Assigned to The Hon. William Q. Hayes
    | Complaint Filed: February 6, 2008

    | **Notice of Attorney Appearance of Michael J. Moffatt**

15 | Plaintiff,

16 | v.

17 | Nationwide Industries, Inc., a Florida corporation,

18 | Defendant.

19 | And Related Counterclaims

20

21 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22 | Please take notice that Michael J. Moffatt of Fulwider Patton LLP hereby enters his appearance on behalf of Plaintiff/Counterdefendant D&D Group Pty Ltd. et al., ("D&D"). In addition to existing counsel of record Gary M. Anderson, of Fulwider Patton LLP, please add Michael J. Moffatt as an attorney to be noticed in this case with the following contact information:

```
 1
 2          Michael J. Moffatt, Esq.
            Fulwider Patton LLP
 3          6060 Center Drive, Tenth Floor
 4          Los Angeles, Ca 90045
            Email  mmoffatt@fulpat.com
 5          Tel (310) 824-5555
 6          Fax (310) 824-9696
 7
 8   DATED: 5/21/08                    Respectfully submitted,
 9                                     FULWIDER PATTON LLP
10
11
12                                     By: /s/Michael J. Moffatt
                                           Gary M. Anderson
13                                         Michael J. Moffatt
                                           Jessica Brookhart-Knost
14                                         Attorney for Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# CERTIFICATE OF SERVICE

I certify that on **May 21, 2008**, the foregoing **NOTICE OF ATTORNEY APPEARANCE OF MICHAEL J. MOFFATT** was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant(s) e-mail address(es) denoted on the attached Electronic Mail Notice List.  For Parties who are not Filing Users, I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s), if any, indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 21, 2008**.

_____
Carrie Rose

# Mailing Information for a Case 3:08-cv-00236-WQH-POR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gary M Anderson**
  ganderson@fulpat.com,LitDocketLA@fulpat.com

- **George R. McGuire**
  gmcguire@bsk.com,jcalaprico@bsk.com

- **James Sullivan McNeill**
  jmcneill@mckennalong.com,lvaldez@mckennalong.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David L. Nocilly
Bond, Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY 13202-1355
```