UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D & D GROUP PTY LTD, an Australian corporation; D & D TECHNOLOGIES PTY LTD, and Australian corporation; D & D TECHNOLOGIES (USA), INC., a California corporation,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONWIDE INDUSTRIES INC, a Florida corporation,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08-cv-0236-WQH (POR)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

On July 28, 2008, the Court held a telephonic Settlement Conference in this matter. Gary Anderson appeared on behalf of Plaintiffs; James McNeill and George McGuire appeared on behalf of Defendant. Counsel represent that the parties have explored the settlement proposals raised at the July 14, 2008 Early Neutral Evaluation conference, however further exploration is required before the parties can again engage in settlement discussions.

The Court shall hold a Settlement Conference on **October 7, 2008** at **1:30 p.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall arrange and initiate the conference call. The Court also confirms the dates set in the July 17, 2008 Scheduling Order.

DATED: August 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　_Louisa Porter_
　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge